UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MICHAEL FALLANCA,
    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

24-CV-01820 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 27, 2024, I endorsed a letter request, which adjusted the briefing schedule in this action. (ECF 21.) The November 15, 2024 deadline for Plaintiff to submit his memorandum of law has now expired. I am nunc pro tunc extending Plaintiff's deadline.

It is ORDERED that, by **November 27, 2024**, Plaintiff shall file a memorandum of law in support of her request for affirmative relief. Defendant shall, by **December 18, 2024**, file its reply. Plaintiff shall, by **January 3, 2024**, file a sur-reply if any.

DATED:  November 20, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge