UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MICHAEL FALLANCA,
           Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
           Defendant.

24-CV-01820 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 27, 2024, I endorsed a letter request, which adjusted the briefing schedule in this action. (ECF 21.) On November 20, 2024 I issued an Order nunc pro tunc extending Plaintiff's deadline to November 27, 2024. (ECF 23.) The deadline for Plaintiff to submit his memorandum of law has now expired.

This action is scheduled for a telephonic conference on **Thursday, December 5, 2024, at 2:30 PM**. The parties shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 644 253 141#**.

DATED:  December 2, 2024
           New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge