UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Steven Michael Fallanca,<br><br>                Plaintiff,<br><br>-against-<br><br>Martin O'Malley,<br><br>                Defendant. | 24CV01820 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's time to respond to the Commissioner's motion is extended numc pro tunc until December 13, 2024. The Commissioner's deadline to file a reply brief is extended until December 27, 2024.

DATED:  December 5, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge