UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MICHAEL FALLANCA,<br>　　　　　Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　Defendant. | 24-CV-01820 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 27, 2024, I endorsed a letter request, which adjusted the summary judgment briefing schedule in this action. (ECF 21.) On November 20, 2024 I issued an Order nunc pro tunc extending Plaintiff's deadline to file his opposition by November 27, 2024. (ECF 23.) Plaintiff failed to submit his opposition and on Thursday, December 5, 2024, I held a status conference. On the same date I granted Plaintiff's request to extend Plaintiff's deadline to December 13, 2024. (ECF 25.) To date, Plaintiff has not filed his opposition.

I am nunc pro tunc extending Plaintiff's deadline to file his opposition no later than **December 20, 2024**. The Commissioner's Deadline to file a reply brief is due no later than **January 3, 2025**. Counsel for Plaintiff is directed to mail a copy of this Order to Plaintiff by **December 18, 2024** and file confirmation of such mailing on the docket on the same date. Failure to comply with this Order may, in itself, result in a report and recommendation that this action be dismissed for failure to prosecute.

DATED:　December 17, 2024
　　　　　New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge