**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEVEN MICHAEL F.,

                Plaintiff,          24 **CIVIL** 1820 (RFT)

    -v-                                      <u>**JUDGMENT**</u>

LEE DUDEK, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 25, 2025, the Commissioner's motion for judgment on the pleadings is GRANTED; Plaintiff's cross-motion for judgment on the pleadings is DENIED; and this matter is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

      February 25, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                       **BY:**       *K. Mango*

                                                    **Deputy Clerk**